IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

31686

| In Re: | : | |
| --- | --- | --- |
| | : | Case No. 08 B 34384 |
| TRACIE CRUME JONES | : | |
| | : | Judge Susan Pierson Sonderby |
| Debtor. | : | |
| | : | |

**STATEMENT OF OBLIGATIONS
RE: MB FINANCIAL BANK, NA**

NOW COMES MB Financial Bank, NA, hereinafter "Lender", by and through its attorney RAYMOND J. OSTLER of GOMBERG, SHARFMAN, GOLD AND OSTLER, P. C., and in accordance with the Notice of Payment from the Trustee, submits the attached loan history showing that the Debtors have missed some post-petition payments and made some partial payments, resulting in a post-petition payment default of $356.25.

Dated: October 5, 2010

Respectfully submitted,

 /s/  Raymond J. Ostler
Attorney for MB Financial Bank, NA

GOMBERG, SHARFMAN, GOLD & OSTLER, P.C.
208 S. LaSalle Street, Suite 1410
Chicago, IL 60604-1003
312-332-6194